In the Matter of the Proceeding under Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossings at Grade of the Railroad Operated by THE DELAWARE AND HUDSON RAILROAD CORPORATION (Owning and Operating the Railroad Formerly of the DELAWARE AND HUDSON COMPANY) and Cherry Street, Bassett Street, Plum Street and Fourth Avenue, in the City of Albany, Albany County. (Case No. 5940.)*— Orders affirmed, with costs. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., dissents.

CHARLES E. ELLIS, Appellant, v. ELIZABETH B. PHINNEY and Another, Respondents.— Judgment modified by striking out the words " on the merits," and substituting in place thereof the words "without prejudice," and as so modified affirmed, with costs to the respondents. Hill, P. J., Rhodes and Heffernan, JJ., concur; Crapser and Bliss, JJ., vote to reverse and for a new trial.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAMAPO MANUFACTURING COMPANY, Relator, v. THOMAS M. LYNCH and Others, as and Constituting the STATE TAX COMMISSION, Respondents.†— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ANNA FELTMAN MANN, Appellant, v. SAMUEL MANN, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

H. WINFIELD MISNER, Respondent, v. BROOKLYN EXCAVATORS, INC., Appellant. — Order reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Hill, P. J. Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

FRANK A. FALQUE, as Receiver of the Copartnership of FRANK A. FALQUE and THEODORE I. SCHWARTZMAN, Appellant, v. THE PEOPLE OF THE STATE OF NEW YORK and/or LONG ISLAND STATE PARK COMMISSION OF THE STATE OF NEW YORK, Respondents.— Judgment affirmed, with costs. Hill, P. J., Crapser and Bliss, JJ., concur; Rhodes and Heffernan, JJ., dissent and vote for reversal and for a new trial.

DONALD KING, an Infant, by ROLLAND KING, His Guardian ad Litem, Appellant, v. LILLIAN McCLELLAN, Respondent. ROLLAND KING, Appellant, v. LILLIAN McCLELLAN, Respondent.‡— Judgments and orders reversed on the law and facts, with costs in one action, and verdicts reinstated, on the ground that the issues of fact were properly submitted to the jury and their verdicts should stand. Rhodes, Bliss and Heffernan, JJ., concur; Hill, P. J., and Crapser, J., dissent and vote to affirm.